# COURT MINUTES OF STATUS HEARING

CHIQUITA SHADWICK,

v.                                                         CASE NO. 22-CV-1120-JPS

NSH PORT WASHINGTON LLC.

## HON. J. P. STADTMUELLER PRESIDING

DATE: April 6, 2023                          TIME SCHEDULED: 11:30 a.m.

COURT DEPUTY/CLERK: Annie Stanford      TIME CALLED: 11:29 a.m.

COURT REPORTER: Tom Malkiewicz         TIME FINISHED: 11:34 a.m.

PLAINTIFF BY: Josh Sanford

DEFENDANT BY: Sean Scullen, Brenna Wildt

Notes:

11:29: Case called; appearances
11:30: Court explains purpose of conference
11:30: Plaintiff provides background of the case; explains that the parties are getting closer to calculating the value of the claim and resolving the case
11:32: Court inquires as to timeline
11:32: Defendant explains delay; anticipates resolution in 60 days or less
11:33: Court schedules further telephonic status conference on Thursday, June 1, 2023 at 8:30 AM; if case is resolved, further telephonic status conference will be obviated
11:34: Parties have nothing further to address
11:34: Court stands in recess