# COURT MINUTES OF STATUS HEARING

CHIQUITA SHADWICK,

v.                                                          CASE NO. 22-CV-1120-JPS

NSH PORT WASHINGTON LLC.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: June 1, 2023 | TIME SCHEDULED: 8:30 a.m. |
| COURT DEPUTY/CLERK: Annie Stanford | TIME CALLED: 8:29 a.m. |
| COURT REPORTER: Tom Malkiewicz | TIME FINISHED: 8:32 a.m. |
| PLAINTIFF BY: Josh Sanford | |
| DEFENDANT BY: Sean Scullen | |

Notes:

- 8:29: Case called; appearances
- 8:30: Court explains purpose of conference is to follow up on April 6, 2023 status conference, ECF No. 19
- 8:30: Plaintiff comments on status of case; parties have reached agreement on method of calculating damages for proposed collective; by June 8, 2023, Defendant will transfer to Plaintiff calculation; Plaintiff will then make demand for settlement; parties will then file joint motion for approval of opt-in settlement by June 23, 2023
- 8:31: Defendant concurs
- 8:32: Court pens file until end of June 2023; if events do not materialize as they have been outlined this morning, further hearing will be scheduled during the week of July 10, 2023
- 8:32: Court stands in recess