UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CHIQUITA SCHADWICK, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NSH PORT WASHINGTON, LLC,

    Defendant.

Case No. 2:22-CV-1120

**COLLECTIVE ACTION COMPLAINT PURSUANT TO 29 U.S.C. § 216(b)**

---

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE JOINT MOTION FOR APPROVAL OF OPT-IN SETTLEMENT

---

Based on the motion filed by Defendant, NSH Port Washington, LLC ("NSH Port Washington"), which is unopposed by Plaintiff, Chiquita Shadwick ("Ms. Shadwick"), individually and on behalf of all others similarly situated (collectively the "Parties"), IT IS HEREBY ORDERED that the Parties shall have through July 24, 2023 to file a joint motion for approval of opt-in settlement.