IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**CHIQUITA SHADWICK, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 2:22-cv-1120-JPS

**NSH PORT WASHINGTON, LLC**                          **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

      Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action without prejudice, with each side bearing its own fees and costs except as otherwise agreed. This dismissal shall automatically convert to a stipulated dismissal of the action with prejudice within thirty (30) days, assuming no issues with the Parties' agreement have taken place. The Parties specifically intend to reserve the right to seek reinstatement of this case should any issue arise with their contemplated settlement within the thirty (30) day time period.

                                                          Respectfully submitted,

                                                          **CHIQUITA SHADWICK, Individually**
                                                          **and on Behalf of All Others**
                                                          **Similarly Situated, PLAINTIFF**

                                                          SANFORD LAW FIRM, PLLC
                                                          Kirkpatrick Plaza
                                                          10800 Financial Centre Pkwy, Suite 510
                                                           Little Rock, Arkansas 72211
                                                           Telephone: (501) 221-0088
                                                           Facsimile: (888) 787-2040

Page 1 of 2
Chiquita Shadwick, et al. v. NSH Port Washington, LLC
U.S.D.C. (E.D. Wis.) No. 2:22-cv-1120-JPS
Joint Stipulation of Dismissal without Prejudice

Case 2:22-cv-01120-JPS    Filed 07/24/23    Page 1 of 2    Document 23

        */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**   **NSH PORT WASHINGTON, LLC, DEFENDANT**

        QUARLES & BRADY LLP
        411 East Wisconsin Ave, Suite 2400
        Milwaukee, WI 53202
        Telephone: (414) 277-5645
        Facsimile: (414) 978-8863

        */s/ Brenna M. Wildt*
        Brenna M. Wildt
        State Bar No. 1105948
        brenna.wildt@quarles.com

        Sean M. Scullen
        State Bar No. 1034221
        sean.scullen@quarles.com

**Page 2 of 2**
**Chiquita Shadwick, et al. v. NSH Port Washington, LLC**
**U.S.D.C. (E.D. Wis.) No. 2:22-cv-1120-JPS**
**Joint Stipulation of Dismissal without Prejudice**

Case 2:22-cv-01120-JPS    Filed 07/24/23    Page 2 of 2    Document 23