# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHIQUITA SHADWICK,

    Plaintiff,

v.

NSH PORT WASHINGTON, LLC,

    Defendant.

Case No. 22-CV-1120-JPS

**ORDER**

On July 24, 2023, Plaintiff and Defendant signed and filed a stipulation of dismissal of the action without prejudice and without costs. ECF No. 23. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court will further deny Plaintiff's pending motion for conditional certification, ECF No. 15, as moot.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 23, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's pending motion for conditional certification, ECF No. 15, be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** as to all parties.

Dated at Milwaukee, Wisconsin, this 26th day of July, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge