CHIQUITA SHADWICK, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.                                             Case No. 2:22-CV-1120

NSH PORT WASHINGTON, LLC,

      Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Chiquita Shadwick and Defendant NSH Port Washington, LLC hereby stipulate and agree to the entry of an order dismissing the above-captioned matter on the merits, with prejudice, and without the assessment of costs or attorneys' fees against either party.

Dated this 26th day of July, 2023.

| | |
|---|---|
| */s/ Josh Sanford* | */s/ Brenna Wildt* |
| Josh Sanford | Sean M. Scullen |
| Ark. Bar No. 2001037 | Wis. Bar No. 1034221 |
| SANFORD LAW FIRM, PLLC | Brenna M. Wildt |
| Kirkpatrick Plaza | Wis. Bar No. 1105948 |
| 10800 Financial Centre Parkway | QUARLES & BRADY LLP |
| Suite 510 | 411 East Wisconsin Avenue |
| Little Rock, Arkansas 72211 | Suite 2400 |
| Telephone: (501) 221-0088 | Milwaukee, WI 53202 |
| Facsimile: (888) 787-2040 | Telephone: (414) 277-5000 |
| josh@sanfordlawfirm.com | sean.scullen@quarles.com |
| | brenna.wildt@quarles.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |