# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHIQUITA SHADWICK,<br><br>          Plaintiff,<br><br>v.<br><br>NSH PORT WASHINGTON, LLC,<br><br>          Defendant. | Case No. 22-CV-1120-JPS<br><br>**ORDER** |

On July 24, 2023, Plaintiff and Defendant signed and filed a stipulation of dismissal of the action without prejudice and without costs. ECF No. 23. On July 26, 2023, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopted that stipulation. ECF No. 24.

The parties subsequently signed and filed a stipulation of dismissal of the action, this time *with* prejudice and without costs. The Court will adopt that stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 25, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs as to all parties.

Dated at Milwaukee, Wisconsin, this 28th day of July, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge